The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ALLEN,<br><br>                  Plaintiff,<br><br>v.<br><br>JEFF NELSON and the marital community thereof, and AUBURN POLICE DEPARTMENT AND THE CITY OF AUBURN,<br><br>                  Defendants. | No. 2:21-cv-01097-BJR<br><br>STIPULATED MOTION AND ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR EXPERT WITNESS REPORTS AND DISCOVERY CUTOFF |

This matter having come before the Court on the parties' *Joint Stipulated Motion to Extend Deadline for Expert Witness Reports and Discovery Cutoff*, and the Court having considered the Motion, this Court understands that the parties have agreed that the aforesaid motion should be granted, and finding itself fully informed,

The Court hereby **GRANTS** the parties' *Joint Stipulated Motion to Extend Deadline for Expert Witness Reports and Discovery Cutoff* and **ORDERS** that the new deadline for reports from expert witnesses under FRCP 26(a)(2) is July 28, 2022, and the new discovery cutoff is August 29, 2022.

//

//

//

STIP. AND ORDER GRANTING JOINT MOTION TO EXT. D/L FOR EXPERTS AND DISCOVERY CUTOFF- 1
2:21-cv-01097-BJR

1002-01775/Allen_21cv1097_Prop Order on Joint Stip Motion.docx

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1
2   DATED this 10th day of June, 2022.
3
4                                             _____
                                              BARBARA J. ROTHSTEIN
5                                             UNITED STATES DISTRICT JUDGE

STIP. AND ORDER GRANTING JOINT MOTION TO
EXT. D/L FOR EXPERTS AND DISCOVERY CUTOFF- 2
2:21-cv-01097-BJR

1002-01775/Allen_21cv1097_Prop Order on Joint Stip Motion.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423