The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ALLEN,<br><br>                Plaintiff,<br><br>   v.<br><br>JEFF NELSON and the marital community thereof, and AUBURN POLICE DEPARTMENT AND THE CITY OF AUBURN,<br><br>                Defendants. | No. 2:21-cv-01097-BJR<br><br>STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DISCOVERY CUTOFF |

This matter having come before the Court on the parties' *Joint Stipulated Motion to Extend Deadline for Discovery Cutoff*, and the Court having considered the Motion, this Court understands that the parties have agreed that the aforesaid motion should be granted, and finding itself fully informed,

The Court hereby **GRANTS** the parties' *Joint Stipulated Motion to Extend Deadline for Discovery Cutoff* and **ORDERS** that the new discovery cutoff is October 13, 2022.

Dated: August 26, 2022

_____
The Honorable Barbara J. Rothstein

STIP. ORDER GRANTING JOINT MOTION TO EXT.
D/L FOR DISCOVERY CUTOFF- 1
2:21-cv-01097-BJR

1002-01775/Allen - Proposed Stipulated Order Granting Joint Motion to Extend Discovery Cutoff

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423